UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KQUANO C. SMITH,

        Plaintiff,

v.                                Case No: 5:23-cv-285-TPB-PRL

A. BURGOS, R. MALESKE,
and JAEGER,

        Defendants.
_____

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Kquano Smith, a state inmate proceeding *pro se*, initiated this action on May 4, 2023, by filing a civil rights complaint (Doc. 1). In his complaint, Plaintiff asserts claims of "failing to intervene[,]" excessive force, and cruel and unusual punishment against Defendants: Ocala Police Department Officers A. Burgos, and R. Maleske, and Ocala Police Department K-9 Jaeger. Doc. 1 at 5-7. On May 5, 2023,[1] the Court directed Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") within 30 days of the filing of his case. *See* Order Doc. 2. Plaintiff failed to comply or request additional time within which to do so.

In prosecuting this action, Plaintiff is responsible for complying with this Court's orders. As of the date of this Order, he has neither complied with the Court's Order (Doc. 2), explained his noncompliance, nor requested additional time

---

[1] The Court's Order (Doc. 2) was returned to sender on May 12, 2023, however, it was subsequently resent to Plaintiff that same day.

to comply. Given that the designated time to respond to the Court's Order (Doc. 2) passed on June 5, 2023, this Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal.").

Accordingly, it is

**ORDERED:**

1.      This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2.      The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Tampa, Florida, this 26th day of June, 2023.


TOM BARBER
UNITED STATES DISTRICT JUDGE


c:
Kquano Smith, #133932